UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

Plaintiff,

v.

KHAI DMITRI ASHFORD,

Defendant.

Case No. 26-cr-00394-BLF-1 (SVK)

**ORDER FOR RELEASE ON SEPTEMBER 16 AT 9 A.M.**

On September 15, 2026, this matter came on for detention hearing. AUSA George Hageman appeared for the Government; AFP Varell Fuller appeared for the Defendant; Defendant Khai Ashford was present and in-custody; Pretrial Services Officer Sarai Canales appeared as well.

Having considered the arguments of counsel at the initial detention hearing on August 25, 2026, the subsequent filings by the Defendant and Pretrial Services, and the additional information presented at the September 15, 2026 hearing, for the reasons stated on the record, the Court **ORDERS the DEFENDANT RELEASED on SEPTEMBER 16, 2026 at 9:00 a.m.** to be driven by the Custodian of record first to Pretrial Services, located on the first floor at 280 S. First Street, San Jose, for Defendant's fitting with an electronic monitoring device, and then directly to

////

////

////

////

////

////

////

United States District Court
Northern District of California

Center Point Adult Residential facility at 603 D Street, San Rafael, CA 94901 . During the time of his release, Defendant is bound by all of the Conditions of Release set forth on record and in the bond form filed herewith.

**SO ORDERED.**

Dated: September 15, 2026

SUSAN VAN KEULEN
United States Magistrate Judge